

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-21-00642-CV

Trial Court Cause
Number:    2021-33085

Style:    UNICO Retail, LLC and Ricardo Valentini

v. Edry B & K -11, GP, and Walter E. Salek

Date motion filed*:    May 10, 2022

Type of motion:    Appellants' Second Motion to Extend Time to File Reply Brief

Party filing motion:    Appellants UNICO Retail, LLC and Ricardo Valentini

Document to be filed:    Appellants' Reply Brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

     Original due date:    April 13, 2022

     Number of previous extensions granted:    1

     Date Requested:    June 13, 2022

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due: **June 13, 2022**

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Peter Kelly
         ☒ Acting individually      ☐ Acting for the Court

Date: May 17, 2022